Name: Carlos Perez
Address: 410 Phillips way Vista CA 92083
Telephone Phone:
Email: yarlos-97@hotmail.com

FILED
Apr 10 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ CharityW  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Carlos Perez

Plaintiff(s),

v.

KEVIN MCCAULEY in his Official Capasity as a Sherriff Deputy and his Individual capacity

Defendant(s).

Case No.: **'19CV0670 GPC LL**
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

  a. Do you have other Civil Case(s) in this or any other federal court?
     ☐ Yes    ☒ No

  b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

## Claim Report

On my way to a chiropractor visit around November 14, 10:40 am in vista village, Matt, my co traveler and I were traveling from point A to B, Servant Deputy McCauley and his team commit use of deadly force, assault with firearms, and battery, deprivation of privacy and liberty along with monetary damages, libel, fraud, extortion and more. I was traveling down the street as a law enforcement vehicle and I pass by each other on opposite sides of the road and I continue going down the road about a mile away When I heard a quick and faint siren sound, i looked out my window and see a Public Servant tailing me and realize it was the same one from earlier, I pull over in to a law office building with cameras for safety, then Deputy McCauley, the man in the law enforcement vehicle from before, stops short from me, Pulls out a deadly weapon, screams put hands out the window, the use of deadly force with no reason was too much for Matt and I, then about 4 to 5 Public Servant Motor Vehicles came and blocked the street, and about 10 Public Servants were surrounding us with deadly weapons, such as Arm Lite Rifles, shotguns, hand guns and a ferocious, dangerous attack dog, they all loaded and pointed the guns at us while laughing and seemed to be joking with each other and a clogged street of traffic watching, as we were being assaulted at gun point, with their obvious malicious intent to deprive our 4th amendment and hurt us, one of them shouted to get out the vehicle, as i get out with every single deadly weapon pointed at me and a deadly K9 ready to kill me, one Servant demanded that i approached them and so I did in despair and fear of not being murdered by repressed and incompetent public servants as I control my panic attack and emotional distress, despite telling the arresting Servant that I'm hurt from a recent car accident he tells me to get on the ground and proceeds to forcefully and against my will restrain me and picks me up aggressively by pulling my right arm, he puts me in the arresting vehicle , i asked why I'm being arrested, Deputy McCauley said "this is what you get for flipping me off" shortly after I was battered without reasonable or probable felony they proceeded to unlawfully arrest and threatened Matt if he did not comply to their demands, he was goin to be held captive, after he was battered, with no further answers to my questions and no warrant of committal, I was violated physically and constitutionally, and watched them steal my car, my belongings and most important, my liberty, and god given natural right and could be known as the 4th amendment, then he threw me in a jail cell under protest and duress, where I had to pay a big sum of money to get out and on top of that more money where my car and belongings as well as Matt's, were held for ransom.

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I want the court to ~~find~~ have the right People looking over this case and to ~~six~~ honor the contract they have signed with the American People.

I want the court to investigate and re evaluate Kevin McCauley and the team that was there (the others who helped him).

I want the court to order/demand Kevin McCauley to Pay for ALL damages done to me

If this is dismissed for any reason it must include Signed in wet ink by Judge (lawful Judge) and a letter including what errors where made.

*[signature]*

3

**Setoff** Shall be directed to the **creditor/Principal** 'U.S.P.S certified mail or Registered mail the following Post: Carlos Perez
* 410 Phillips way
Vista CA 92083

IF ANY INSTRUMENT(S) or NOTICES are not Corrected within 7 (seven) Days, Citing Deficentcy, Dishonour, ect, then it Shall be deemed accepted and/or approved. failure to respond within 3 three - 7 seven business days approximately 240 hours after postmark of the presentment of this Notice of tender for setoff and filing Shall Case the **creditor/Principal/Undersigned** to have executed a certificate of NON-RESPONSE, Said certificate of NON-RESPONSE Shall serve as evedince of the respondents acceptance.