SECURED, NOTABLE, TRANSFERABLE INSTRUMENT- MONEY ORDER MEETING ALL REQUIREMENTS OF U.C.C- ARTICLE 3* AND ARTICLE 4* FOR CERTIFIED TRUE COPY OF ORIGINAL REGISTER INSTRUMENT

## Promissory Note: ………NO: CPPN003……………

Tender in terms of the Bills of Exchange Act 34 of 1964 as amended up to Bills of Exchange Amendment Act 56 of 2000; AND settlements of High Court Rule 45(8)(a) as well as Negotiable Instrument Act 1881; Public Law 73-10.

This promissory NOTE was issued at: Vista C.A

Date: 04/08/2019

Amount: 400 ⁰⁰/100

Amount: four hundred dollars

### This certifies that

I, __CARLOS MOISES PEREZ RODRIGUEZ__   I.D Number: 624792758/ F8573035

Hereby promise to pay __CLERCK OF COURT US DISTRIC COURT__ (HOLDER) the full amount specified on the NOTE, for value received.

### Terms & Conditions

The payment can be obtained by the HOLDER at 410 PHILLIPS WAY, VISTA, CA. 92083, I hereby give permission to the HOLDER and/or the HOLDER IN DUE COURSE of this Promissory Note, to use this NOTE in any way necessary as a negotiable instrument to financially trade on; whereas such trade shall terminate the obligation herein.

All Privileges Reserved without Prejudice

Authorized signature: CARLOS MOISES PEREZ RODRIGUEZ
Legal Presence Corporate Commercial Artificial Person, Debtor.

All Rights Reserved without Prejudice

By: _____
Authorized Representative (U.C.C 3-402(b)(1))
in propria persona, creditor, non-legal, non-liable, non-resident, sentient being dweller

State of California, County of San Diego

On 04/08/2019 before me, S. Chavez - notary Public
Insert name and title of the officer

Personally appeared Carlos Moises Perez Rodriguez who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing os true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)

S. CHAVEZ
COMM. # 2133807
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
COMM. EXPIRES NOV. 13, 2019

The original is signed in BLUE INK

Without prejudice

To: whom it may concern

Date: 01/08/2019

Dear: CHIEF FINANCIAL OFFICER

This is a LEGAL NOTICE OF PAYMENT Not a letter.

Find enclosed payment and final settlements to your client CLERK OF COURT US DISTRICT COURT regarding Bill of Cost

Sincerely

In pure truth

*[signature]*

Carlos of the Perez family (unlimited)

(Non-Assumpsit)

Tender in terms of the Negotiable Instrument Act 1881: Public law 73-10, Ch. 48, 48 Stat 112; U.C.C. Article 9;31 U.S.C. 5118 (d)(2); 31 U.S.C. 463 public law 97- 258; U.C.C. Article 4,302;12 U.S.C 411. Securities Act 2 (1), 3 (A)(3); Congressional Statues at Large title 62 Positive Law; 31 U.S.C; 5312 U.C.C; 2-304; 12 U.S.C 1813 (L); Public Policy and settlement in terms of United States High Court of Justice Rule 45.

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego )

On 04/05/2019 before me, S. Chavez, Notary Public
(insert name and title of the officer)

personally appeared Carlos Moises Perez Rodriguez,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

S. CHAVEZ
COMM. # 2133807
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
COMM. EXPIRES NOV. 13, 2019

Signature _____ (Seal)