1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| Carlos Perez,<br><br>                          Plaintiff,<br><br>v.<br><br>Kevin McCauley, *in his official capacity as a Sheriff Deputy and his individual capacity*,<br><br>                          Defendant. | Case No.: 19-cv-00670-GPC-LL<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE.** |

This Order arises from Plaintiff's failure to pay the filing fee for his Complaint. (ECF No. 1.) All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP under 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). All actions sought to be filed IFP under § 1915 must be accompanied by an affidavit, signed by the applicant under penalty of perjury, that includes a statement of all assets which shows inability to pay initial fees or give security. Civil Local Rule 3.2.a.

/ / /

Here, Plaintiff filed a complaint on April 10, 2019. (ECF No. 1.) More than one year has elapsed since the filing of the complaint, and Plaintiff has yet to pay the filing fee. Consequently, the Court dismisses this Action without prejudice for failure to pay the mandatory fee.

**IT IS SO ORDERED.**

Dated:  April 30, 2020

Hon. Gonzalo P. Curiel
United States District Judge